UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IAN KOCH,

        Plaintiff,

v.                                          Case No. 14-C-393

JOHN AND JANE DOES,

        Defendant.

**ORDER**

Plaintiff has filed a Motion to Compel Disclosure and Extend Time to Amend Complaint. The motion to extend time is granted, but it appears that the motion to compel may be moot. Counsel for the defendant has responded that the initial disclosures have now been sent, albeit belatedly. Based upon this representation, the court will deny the motion to compel disclosure with leave to renew the motion in the event that counsel for plaintiff finds that the initial disclosures are not complete. The motion to extend time to amend the complaint to a date two months after the initial disclosures have been made is granted.

**SO ORDERED** this   13th   day of November, 2014.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court